Francisco Rivera Almodovar
Reg No. 07628-509

**Federal Correctional Institution**
**F.C.I. Herlong**
**P.O. Box 800**
**Herlong, CA 96113**

**FILED**

APR 06 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Francisco Rivera Almodovar , §<br>    PETITIONER,    §<br>    §<br>V.    §<br>    §<br>WARDEN, F.C.I. HERLONG,    §<br>    RESPONDENT.    §<br>    §<br>    §<br>    §<br> | CASE NO.   23-CV-0644-CKD<br><br>**MOTION PURSUANT TO U.S.C. § 2241**<br>**SEEKING APPLICATION OF EARNED**<br>**FEDERAL TIME CREDITS THROUGH THE**<br>**FIRST STEP ACT (F.S.A.)** | |

COMES, Francisco Rivera Almodovar , PETITIONER, who is a federal inmate serving a sentence at F.C.I. Herlong in the State of California.  He moves this court to grant this writ, and ORDER the Bureau of Prisons (BOP) to apply the earned FSA time credits that he has earned through various programs, in accordance with the Act.

This Court, having familiarity with Motions of this nature, should read the filing, examine the attached supporting evidence, and swiftly order the BOP to apply the earned time credits.

### I. ARGUMENT

Since the passage of the First Step Act, there has been serious deficiencies in the application of the 'earned time credits' to federal inmates, especially ones with possible imigration issues.

The BOP has waffled, and has changed the prgrom statement to allow all persons that do **not** have a "FINAL ORDER" of deportation to have earned credits applied, however, the BOP system is not making the sentence adjustments uniformly, and many people are having to

1.-4

file writs in federal courts under 28 U.S.C. § 2241, seeking the credits to be ORDERED by courts. It is under this pressure, that the BOP seems responsive. Accordingly, this petitioner is asking for the same relief that is due.

Here, the petitioner has a PATTERN SCORE of __14____, and is further classified as a __R-LW_____ risk of recidivism. Due to these classifications, he is eligible to have the credits applied.

Thus far, this petitioner has earned _____ days towards early release, but his credits have not been applied thus far, and is asking this court to ORDER them to be properly applied according to the Act.

The petitioner has a tentative release date of: **January 17, 2024**. This petitioner is **not** subject to any final order of deportation, and so until that is established by an Immigration Court, his eligibility to earn and have applied, FSA time credits is a liberty interest that must be applied universally to all persons.

The BOP's current  Program Statement that details the implementation of the First Step Act of 2018 clearly shows the language stricken that was used previously to bar persons with 'possible' deportation issues, or warrants, or detainers, or pending charges. Because none of these situations effect the  actual release of an inmate, because these is no RCC/HC placement for these people, the effects of earning good time or earned FSA times are uneffected by possible, or pending  immigration issues. As such, these credits must be applied.

Attached is EXHIBIT "A", **FSA TIME CREDIT ASSESSMENT**, showing how many credits this petitioner has earned. Attached is EXHIBIT "B",

2.-4

**PROGRAM REVIEW SHEET,** showing the RISK to RE-OFFEND level and the current release date without the credits.

These exhibits demonstrate that this petitioner has earned the credits, is eligible to receive them, and has a score that commensurates with thee application of the Act.

## II. RELIEF REQUESTED

For all of the above mentioned reasons, this petitioner respectfully requests that this Court GRANT the writ, and further ORDER the BOP to apply the earned credits in accordance with the First Step Act, and to further calculate the release date to reflect the proper application of these earned time credits.

Dated this 27th   day of  March 27,            , 2023    .


Respectfully submitted,


_____

Francisco Rivera Almodovar

Pro Se

3. -4

# CERTIFICATE OF SERVICE

I, __I Francisco  Rivera Almodovar__ herby certify that I have served a true and correct copy of the following:

> **MOTION PURSUANT TO 28 U.S.C §2241**
> **SEEKING APPLICATION OF EARNED**
> **FEDERAL TIME CREDITS THROUGH THE**
> **FISRT STEP ACT (F.S.A.)**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| Clerk of the Court | District Attorney's Office |
| UNITED STATES DISTRICT COURT | UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA | EASTERN DISTRICT OF CALIFORNIA |
| 501 I Street, Room 4-200 | 501 I Street, Suite 10-100 |
| Sacramento, CA 95914-7300 | Sacramento, CA 95814 |

and deposited same in the United States Mail at:   Federal Correctional Institution-Herlong
P.O. BOX 800
Herlong, CA 96113

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct:

Dated this __27th__ day of __March__ _____, 20 __23__

_____
Francisco Rivera Almodovar

PRO-SE

4-4

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Staff Member) MR. F | DATE: 3-9-23 |
| FROM: FRAN___co Rivera | REGISTER NO.: 07628-509 |
| WORK ASSIGNMENT: Kitchen | UNIT: Reno A cell #504 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. MR. Finton can you help me get my FSA credits in programing doing classes Im Low I dont Have Any Shots in staying out of trouble Im working I Have All requirement for the FSA credits And im not Going to get deportation no Detainers no warrents Please can you Help me Please MR. Finton

thank you

(Do not write below this line)

DISPOSITION:

You have been Reviewed And changed to FTC Eligible You need to pay your FRP to get out of REFUSE.

| Signature/Staff Member | Date 3/10/23 |

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

1-2

1-7

**FSA Time Credit Assessment**
Register Number:07628-509, Last Name:RIVERA-ALMODOVAR

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 7628-509 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 02-11-2023 |
| Last...........: RIVERA-ALMODOVAR | Period Start/Stop...: 03-03-2022 to 02-11-2023 |
| First..........: FRANCISCO | Accrued Pgm Days....: 0 |
| Middle.........: | Disallowed Pgm Days.: 0 |
| Suffix.........: | FTC Towards RRC/HC..: 0 |
| Gender.........: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-24-2021 | Apply FTC to Release: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-03-2022 | 02-11-2023 | ineligible | 0 |

**FSA ineligible**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| HER | FSA | FTC INELIG | 07-15-2022 1214 | CURRENT |

---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 03-03-2022 | 08-30-2022 | ACTUAL | FSA R-MED | 03-28-2022 1025 | 10 |
| 002 | 08-30-2022 | 02-26-2023 | ACTUAL | FSA R-MED | 03-28-2022 1025 | 10 |

2-7

Individualized Needs Plan - Program Review - (Inmate Copy)    SEQUENCE: 02266959
Dept. of Justice / Federal Bureau of Prisons    Team Date: 02-05-2023
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO  07628-509

Case 2:23-cv-00644-CKD  Document 1  Filed 04/06/23  Page 7 of 33



| Facility: | HER  HERLONG FCI | Proj. Rel. Date: | 01-17-2024 |
| Name: | RIVERA-ALMODOVAR, FRANCISCO | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 07628-509 | DNA Status: | HER04778 / 03-03-2022 |
| Age: | 26 | | |
| Date of Birth: | 12-15-1996 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | DIN HAL PM | DINING HALL P.M. | 12-05-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 06-07-2022 |
| HER | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-01-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HER | C | WEIGHT MANAGEMENT | 08-22-2022 | 10-18-2022 |
| HER | C | RESUME WRITING 101 (RPP 2) | 09-13-2022 | 09-13-2022 |
| HER | C | ACE NUTRITION & MEALS (RPP 1) | 09-01-2022 | 09-01-2022 |
| HER | C | ACE INTRO TO BUDGETING (RPP 3) | 08-01-2022 | 08-01-2022 |
| HER | C | CREDIT EVAL AND REPAIR (RPP 3) | 07-01-2022 | 07-01-2022 |
| HER | C | DIST MATH1 | 07-11-2022 | 07-15-2022 |
| HER | C | DIST THINK | 07-12-2022 | 07-16-2022 |
| HER | C | PARENTING FROM A DISTANCE-RPP6 | 07-01-2022 | 07-11-2022 |
| HER | C | DIST SS2 | 05-09-2022 | 05-13-2022 |
| HER | C | ACE BUSINESS ETIQUETTE | 06-09-2022 | 06-09-2022 |
| HER | C | DIST LA2 | 05-30-2022 | 06-03-2022 |
| HER | C | DIST SCI2 | 05-05-2022 | 05-12-2022 |
| HER | C | ACE TIME MANAGEMENT (RPP 6) | 05-24-2022 | 05-24-2022 |
| HER | C | ACE MANNERS FOR MEN (RPP 6) | 04-11-2022 | 04-11-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-07-2022 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-25-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| YES F/S | CLEARED FOR FOOD SERVICE | 11-08-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT RS | DRUG EDUCATION WAIT-RQ SPANISH | 10-31-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|
| |

**FRP Assignment:** REFUSE  FINANC RESP-REFUSES    **Start: 02-05-2023**

| Inmate Decision: | AGREED | $50.00 | Frequency: | QUARTERLY |
|---|---|---|---|---|
| Payments past 6 months: | | $0.00 | Obligation Balance: | $100.00 |

**Financial Obligations**

3-7



Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO    07628-509

## Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | .ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,412.00          Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC/INELIG | FTC-INELIGIBLE-REVIEWED | 07-15-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-29-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-29-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-29-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-24-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-29-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-29-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-29-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-29-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 01-29-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-29-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-29-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-29-2023 |
| N-WORK Y | NEED - WORK YES | 01-29-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-29-2023 |

## Progress since last review

Completed partial recommendations. Missed two consecutive FRP payments. Low recidivism score. Completed Brain HEalth as you Age. Completed 3 ACE classes.  Gained employment.

## Next Program Review Goals

Make payments to FRP. Enroll in FSA National Parenting through education department.

## Long Term Goals

ACE classes
FSA Needs
complete by December 2023

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

Treaty Transfer: Eligible and not interested.
Inmate individually assessed for RRC placement using 2nd Chance Act and found not appropriate for placement, due to a detainer. Inmate individually assessed for direct home detention and found not appropriate at this time due to security concerns.

4-7

Case 2:23-cv-00644-CKD   Document 1   Filed 04/06/23   Page 9 of 33

Register Number: 07628-509

Inmate Name
- Last.........: RIVERA-ALMODOVAR
- First........: FRANCISCO
- Middle.......:
- Suffix.......:

Gender.........: MALE

Risk Level Inmate....: R-LW
- General Level......: R-LW (14)
- Violent Level......: R-LW (10)

Security Level Inmate: LOW

Security Level Facl..: MEDIUM

Responsible Facility.: HER

Start Incarceration..: 11/24/2021

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 26 | 28 | 16 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 13 | -12 | -4 |
| Work Programs | 0 | 0 | 0 |
| | | Total 14 | 10 |

6-7

| | |
|---|---|
| Register Number....: 07628-509 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 01-19-2023 |
|   Last............: RIVERA-ALMODOVAR | Period Start/Stop...: 03-03-2022 to 01-19-2023 |
|   First...........: FRANCISCO | Accrued Pgm Days....: 0 |
|   Middle..........: | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-24-2021 | Can Apply FTC.......: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-03-2022 | 01-19-2023 | ineligible | 0 |

**FSA ineligible**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| HER | FSA | FTC INELIG | 07-15-2022 1214 | CURRENT |

7-7



Individualized Needs Plan - Program Review (Inmate Copy) Page 11 of 33    SEQUENCE: 02266959
Dept. of Justice / Federal Bureau of Prisons                              Team Date: 02-05-2023
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO  07628-509

Name: RIVERA-ALMODOVAR,          DNA Status:  HER04778 / 03-03-2022
Register No.: **07628-509**
Age: 26
Date of Birth: 12-15-1996

Inmate   (RIVERA-ALMODOVAR, FRANCISCO. Register No.: 07628-509)

_____
Date

_____          _____
Unit Manager / Chairperson            Case Manager

_____          _____
Date                                  Date

Francisco Rivera Almodovar
Reg No. 07628-509
Federal Correctional Institution
F.C.I. Herlong
P.O. Box 800
Herlong, CA 96113

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Rivera Almodovar           , | § |
| PETITIONER, | § |
| | § |
| V. | § MOTION PURSUANT TO U.S.C. § 2241 |
| | § SEEKING APPLICATION OF EARNED |
| WARDEN, F.C.I. HERLONG, | § FEDERAL TIME CREDITS THROUGH THE |
| RESPONDENT. | § FIRST STEP ACT (F.S.A.) |
| | § |
| | § |
| | § |

COMES, Francisco Rivera Almodovar      , PETITIONER, who is a federal
inmate serving a sentence at F.C.I. Herlong in the State of
California.  He moves this court to grant this writ, and ORDER the
Bureau of Prisons (BOP) to apply the earned FSA time credits that
he has earned through various programs, in accordance with the Act.

This Court, having familiarity with Motions of this nature,
should read the filing, examine the attached supporting evidence,
and swiftly order the BOP to apply the earned time credits.

### I. ARGUMENT

Since the passage of the First Step Act, there has been serious
deficiencies in the application of the 'earned time credits' to federal
inmates, especially ones with possible imigration issues.

The BOP has waffled, and has changed the prgrom statement to
allow all persons that do **not** have a "FINAL ORDER" of deportation
to have earned credits applied, however, the BOP system is not making
the sentence adjustments uniformly, and many people are having to

1.- 4

file writs in federal courts under 28 U.S.C. § 2241, seeking the
credits to be ORDERED by courts.  It is under this pressure,  that
the BOP seems responsive.  Accordingly, this petitioner is asking
for the same relief that is due.

Here, the petitioner has a PATTERN SCORE of __14_____, and is
further classified as a __R-LW_____ risk of recidivism.  Due
to these classifications, he is eligible to have the credits applied.

Thus far, this petitioner has earned _____ days towards
early release, but his credits have not been applied thus far, and
is asking this court to ORDER them to be properly applied according
to the Act.

The petitioner has a tentative release date  of: January 17, 2024____.
This petitioner is **not** subject to any final order of deportation,
and so until that is established by an Immigration Court, his eligibility
to earn and have applied, FSA time credits is a liberty interest that
must be applied universally to all persons.

The BOP's current  Program Statement that details the implementation
of the First Step Act of 2018 clearly shows the language stricken that
was used previously to bar persons with 'possible' deportation issues,
or warrants, or detainers, or pending charges.  Because none of these
situations effect the  actual release of an inmate, because these is
no RCC/HC placement for these people, the effects of earning good time
or earned FSA times are uneffected by possible, or pending  immigration
issues.  As such, these credits must be applied.

Attached is EXHIBIT "A", **FSA TIME CREDIT ASSESSMENT**, showing how
many credits this petitioner has earned.  Attached is EXHIBIT "B",

**PROGRAM REVIEW SHEET,** showing the RISK to RE-OFFEND level and the current release date without the credits.

These exhibits demonstrate that this petitioner has earned the credits, is eligible to receive them, and has a score that commensurates with thee application of the Act.

II. RELIEF REQUESTED

For all of the above mentioned reasons, this petitioner respectfully requests that this Court GRANT the writ, and further ORDER the BOP to apply the earned credits in accordance with the First Step Act, and to further calculate the release date to reflect the proper application of these earned time credits.


Dated this 27th  day of March 27, _____, 2023____.



Respectfully submitted,

_____

 Francisco Rivera Almodovar

Pro Se

3 ← 4

# CERTIFICATE OF SERVICE

I, __I Francisco  Rivera Almodovar__ herby certify that I have served a true and correct copy of the following:

> **MOTION PURSUANT TO 28 U.S.C §2241**
> **SEEKING APPLICATION OF EARNED**
> **FEDERAL TIME CREDITS THROUGH THE**
> **FISRT STEP ACT (F.S.A.)**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

**Clerk of the Court**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**501 I Street, Room 4-200**
**Sacramento, CA 95914-7300**

**District Attorney's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**501 I Street, Suite 10-100**
**Sacramento, CA 95814**

and deposited same in the United States Mail at: **Federal Correctional Institution-Herlong**
**P.O. BOX 800**
**Herlong, CA 96113**

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this ___27th___ day of __March__ _____, 20 23

**Francisco Rivera Almodovar**

**PRO-SE**

4-4

U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and title of Staff Member) MR. F__ | DATE: 3-9-23 |
| FROM: FRANCISCO Rivera | REGISTER NO.: 07628-509 |
| WORK ASSIGNMENT: Kitchen | UNIT: Reno A cell # 504 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. MR. Finton Can you HElp me get my FSA Credits im Progra“ming doing classes Im Low I don‘t Have Any Shots in Staying out of trouble Im working I Have all requirement for the FSA Credits AND im not Going to get deportation no Detainers no warrents please can you Help me Please MR. Finton

thank You

(Do not write below this line)

DISPOSITION:

You have been Reviewed And changed to FTC Eligible You Need to pay Your FRP to get out of Refuse.

| | |
|---|---|
| Signature/Staff Member C. Finton | Date 3/10/23 |

Record Copy - File; Copy - Inmate

PDF        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

1-2        1-7

FSA Time Credit Assessment
Register Number:07628-509, Last Name:RIVERA-ALMODOVAR

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number...: 07628-509 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 02-11-2023 |
|   Last...........: RIVERA-ALMODOVAR | Period Start/Stop...: 03-03-2022 to 02-11-2023 |
|   First..........: FRANCISCO | Accrued Pgm Days....: 0 |
|   Middle.........: | Disallowed Pgm Days.: 0 |
|   Suffix.........: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-24-2021 | Apply FTC to Release: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-03-2022 | 02-11-2023 | ineligible | 0 |

**FSA ineligible**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| HER | FSA | FTC INELIG | 07-15-2022 | 1214 | CURRENT |

---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 03-03-2022 | 08-30-2022 | ACTUAL | FSA R-MED | 03-28-2022 | 1025 | 10 |
| 002 | 08-30-2022 | 02-26-2023 | ACTUAL | FSA R-MED | 03-28-2022 | 1025 | 10 |



# Individualized Needs Plan - Program Review (Inmate Copy)
### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO  07628-509

Case 2:22-cv-00044-CKD   Document 1   Filed 04/06/23   Page 18 of 33

| | | |
|---|---|---|
| Facility: | HER  HERLONG FCI | Proj. Rel. Date: 01-17-2024 |
| Name: | RIVERA-ALMODOVAR, FRANCISCO | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | 07628-509 | DNA Status: HER04778 / 03-03-2022 |
| Age: | 26 | |
| Date of Birth: | 12-15-1996 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | DIN HAL PM | DINING HALL P.M. | 12-05-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 06-07-2022 |
| HER | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-01-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HER | C | WEIGHT MANAGEMENT | 08-22-2022 | 10-18-2022 |
| HER | C | RESUME WRITING 101 (RPP 2) | 09-13-2022 | 09-13-2022 |
| HER | C | ACE NUTRITION & MEALS (RPP 1) | 09-01-2022 | 09-01-2022 |
| HER | C | ACE INTRO TO BUDGETING (RPP 3) | 08-01-2022 | 08-01-2022 |
| HER | C | CREDIT EVAL AND REPAIR (RPP 3) | 07-01-2022 | 07-01-2022 |
| HER | C | DIST MATH1 | 07-11-2022 | 07-15-2022 |
| HER | C | DIST THINK | 07-12-2022 | 07-16-2022 |
| HER | C | PARENTING FROM A DISTANCE-RPP6 | 07-01-2022 | 07-11-2022 |
| HER | C | DIST SS2 | 05-09-2022 | 05-13-2022 |
| HER | C | ACE BUSINESS ETIQUETTE | 06-09-2022 | 06-09-2022 |
| HER | C | DIST LA2 | 05-30-2022 | 06-03-2022 |
| HER | C | DIST SCI2 | 05-05-2022 | 05-12-2022 |
| HER | C | ACE TIME MANAGEMENT (RPP 6) | 05-24-2022 | 05-24-2022 |
| HER | C | ACE MANNERS FOR MEN (RPP 6) | 04-11-2022 | 04-11-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-07-2022 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-25-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| YES F/S | CLEARED FOR FOOD SERVICE | 11-08-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT RS | DRUG EDUCATION WAIT-RQ SPANISH | 10-31-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

| FRP Assignment: | REFUSE | FINANC RESP-REFUSES | Start: 02-05-2023 |
|---|---|---|---|
| Inmate Decision: **AGREED** | $50.00 | Frequency: **QUARTERLY** | |
| Payments past 6 months: **$0.00** | | Obligation Balance: **$100.00** | |

**Financial Obligations**

3-7



Individualized Needs Plan Program Review (Inmate Copy)    SEQUENCE: 02266959
Dept. of Justice / Federal Bureau of Prisons    Team Date: 02-05-2023
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO 07628-509

Case 4:... Document ... Filed 04/06/23 Page 19 of 33

**Most Recent Payment Plan**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## FRP Deposits

Trust Fund Deposits - Past 6 months:  $1,412.00          Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC/INELIG | FTC-INELIGIBLE-REVIEWED | 07-15-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-29-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-29-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-29-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-24-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-29-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-29-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-29-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-29-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 01-29-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-29-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-29-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-29-2023 |
| N-WORK Y | NEED - WORK YES | 01-29-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-29-2023 |

## Progress since last review

Completed partial recommendations. Missed two consecutive FRP payments. Low recidivism score. Completed Brain HEalth as you Age. Completed 3 ACE classes.  Gained employment.

## Next Program Review Goals

Make payments to FRP. Enroll in FSA National Parenting through education department.

## Long Term Goals

ACE classes
FSA Needs
complete by December 2023

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

Treaty Transfer: Eligible and not interested.
Inmate individually assessed for RRC placement using 2nd Chance Act and found not appropriate for placement, due to a detainer. Inmate individually assessed for direct home detention and found not appropriate at this time due to security concerns.

4 - 7

Register Number: 07628-509

Inmate Name

  Last.........: RIVERA-ALMODOVAR

  First........: FRANCISCO

  Middle.......:

  Suffix.......:

Gender.........: MALE

Risk Level Inmate....: R-LW

  General Level......: R-LW (14)

  Violent Level......: R-LW (10)

Security Level Inmate: LOW

Security Level Facl..: MEDIUM

Responsible Facility.: HER

Start Incarceration..: 11/24/2021

## PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 26 | 28 | 16 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 13 | -12 | -4 |
| Work Programs | 0 | 0 | 0 |
| | | Total  14 | 10 |

6-7

# FSA Time Credit Assessment

U.S. DEPARTMENT OF JUSTICE   Case 2:23-cv-00644-CKD   Document 1   Filed 04/06/23   Page 21 of 33   FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 07628-509 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 01-19-2023 |
|   Last.............: RIVERA-ALMODOVAR | Period Start/Stop...: 03-03-2022 to 01-19-2023 |
|   First............: FRANCISCO | Accrued Pgm Days....: 0 |
|   Middle...........: | Disallowed Pgm Days.: 0 |
|   Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-24-2021 | Can Apply FTC.......: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-03-2022 | 01-19-2023 | ineligible | 0 |

  **FSA ineligible**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| HER | FSA | FTC INELIG | 07-15-2022 1214 | CURRENT |

7-7



Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO 07628-509

Case 1:23-cv-00423 Filed 06/23 Page 22 of 33

Name: RIVERA-ALMODOVAR,    DNA Status: HER04778 / 03-03-2022

Register No.: **07628-509**

Age: 26

Date of Birth: 12-15-1996

---

Inmate    (RIVERA-ALMODOVAR, FRANCISCO. Register No.: 07628-509)

---

Date

---

Unit Manager / Chairperson                    Case Manager

---

Date                                          Date                    5 - 7

Francisco Rivera Almodovar
Reg No. 07628-509
Federal Correctional Institution
F.C.I. Herlong
P.O. Box 800
Herlong, CA 96113

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Francisco Rivera Almodovar    , | § | |
| PETITIONER, | § | CASE NO. _____ |
| | § | |
| V. | § | MOTION PURSUANT TO U.S.C. § 2241 |
| | § | SEEKING APPLICATION OF EARNED |
| WARDEN, F.C.I. HERLONG, | § | FEDERAL TIME CREDITS THROUGH THE |
| RESPONDENT. | § | FIRST STEP ACT (F.S.A.) |
| | § | |
| | § | |
| _____ | § | |

COMES, ___Francisco Rivera Almodovar___ , PETITIONER, who is a federal

inmate serving a sentence at F.C.I. Herlong in the State of

California.  He moves this court to grant this writ, and ORDER the

Bureau of Prisons (BOP) to apply the earned FSA time credits that

he has earned through various programs, in accordance with the Act.

This Court, having familiarity with Motions of this nature,

should read the filing, examine the attached supporting evidence,

and swiftly order the BOP to apply the earned time credits.

### I. ARGUMENT

Since the passage of the First Step Act, there has been serious

deficiencies in the application of the 'earned time credits' to federal

inmates, especially ones with possible imigration issues.

The BOP has waffled, and has changed the prgrom statement to

allow all persons that do **not** have a "FINAL ORDER" of deportation

to have earned credits applied, however, the BOP system is not making

the sentence adjustments uniformly, and many people are having to

1.-4

file writs in federal courts under 28 U.S.C. § 2241, seeking the credits to be ORDERED by courts.  It is under this pressure,  that the BOP seems responsive.  Accordingly, this petitioner is asking for the same relief that is due.

Here, the petitioner has a PATTERN SCORE of __14_____ , and is further classified as a __R-LW_____ risk of recidivism.  Due to these classifications, he is eligible to have the credits applied.

Thus far, this petitioner has earned _____ days towards early release, but his credits have not been applied thus far, and is asking this court to ORDER them to be properly applied according to the Act.

The petitioner has a tentative release date of: January 17, 2024 ___ . This petitioner is **not** subject to any final order of deportation, and so until that is established by an Immigration Court, his eligibility to earn and have applied, FSA time credits is a liberty interest that must be applied universally to all persons.

The BOP's current  Program Statement that details the implementation of the First Step Act of 2018 clearly shows the language stricken that was used previously to bar persons with 'possible' deportation issues, or warrants, or detainers, or pending charges.  Because none of these situations effect the  actual release of an inmate, because these is no RCC/HC placement for these people, the effects of earning good time or earned FSA times are uneffected by possible, or pending  immigration issues.  As such, these credits must be applied.

Attached is EXHIBIT "A", **FSA TIME CREDIT ASSESSMENT**, showing how many credits this petitioner has earned.  Attached is EXHIBIT "B",

**PROGRAM REVIEW SHEET,** showing the RISK to RE-OFFEND level and the current release date without the credits.

These exhibits demonstrate that this petitioner has earned the credits, is eligible to receive them, and has a score that commensurates with thee application of the Act.

## II. RELIEF REQUESTED

For all of the above mentioned reasons, this petitioner respectfully requests that this Court GRANT the writ, and further ORDER the BOP to apply the earned credits in accordance with the First Step Act, and to further calculate the release date to reflect the proper application of these earned time credits.

Dated this 27th day of March 27, _____, 2023 .

Respectfully submitted,

_____

Francisco Rivera Almodovar

Pro Se

3 ← 4

# CERTIFICATE OF SERVICE

I, I Francisco  Rivera Almodovar _____ herby certify that I have served a true and correct copy of the following:

> **MOTION PURSUANT TO 28 U.S.C §2241**
> **SEEKING APPLICATION OF EARNED**
> **FEDERAL TIME CREDITS THROUGH THE**
> **FISRT STEP ACT (F.S.A.)**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

**Clerk of the Court**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**501 I Street, Room 4-200**
**Sacramento, CA 95914-7300**

**District Attorney's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**501 I Street, Suite 10-100**
**Sacramento, CA 95814**

and deposited same in the United States Mail at: **Federal Correctional Institution-Herlong**
**P.O. BOX 800**
**Herlong, CA 96113**

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this ___27th___ day of __March_____, 20_23____

_____
**Francisco Rivera Almodovar**

**PRO-SE**

4-4

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

TO: (Name and Title of Staff Member) MR. F
DATE: 3-9-23

FROM: FRANCIsco Rivera
REGISTER NO.: 07628-509

WORK ASSIGNMENT: Kitchen
UNIT: Reno A cell #509

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. MR. Finton can you help me get my FSA credits im programing doing classes Im Low I dont have any shots in staying out of trouble Im working I have all requirement for the FSA credits and im rob going to get deprtation no Detainers no warrents please can you help me please MR. Finton

thank you

(Do not write below this line)

DISPOSITION: You have been reviewed and changed to FTC Eligible You need to pay your FRP to get out of REFUSE.

Signature Staff Member CFinney/CG
Date 3/10/23

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

1-2

1-7

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 7628-509 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 02-11-2023 |
|   Last...........: RIVERA-ALMODOVAR | Period Start/Stop...: 03-03-2022 to 02-11-2023 |
|   First..........: FRANCISCO | Accrued Pgm Days....: 0 |
|   Middle.........: | Disallowed Pgm Days.: 0 |
|   Suffix.........: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-24-2021 | Apply FTC to Release: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-03-2022 | 02-11-2023 | ineligible | 0 |

**FSA ineligible**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| HER | FSA | FTC INELIG | 07-15-2022 | 1214 | CURRENT |

---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 03-03-2022 | 08-30-2022 | ACTUAL | FSA R-MED | 03-28-2022 | 1025 | 10 |
| 002 | 08-30-2022 | 02-26-2023 | ACTUAL | FSA R-MED | 03-28-2022 | 1025 | 10 |

2-7



# Individualized Needs Plan - Program Review   (Inmate Copy)

SEQUENCE: 02266959

Dept. of Justice / Federal Bureau of Prisons

Team Date: 02-05-2023

Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO  07628-509

| | | | |
|---|---|---|---|
| Facility: | HER HERLONG FCI | Proj. Rel. Date: | 01-17-2024 |
| Name: | RIVERA-ALMODOVAR, FRANCISCO | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 07628-509 | DNA Status: | HER04778 / 03-03-2022 |
| Age: | 26 | | |
| Date of Birth: | 12-15-1996 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | DIN HAL PM | DINING HALL P.M. | 12-05-2022 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| HER | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 06-07-2022 |
| HER | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-01-2022 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| HER | C | WEIGHT MANAGEMENT | 08-22-2022 | 10-18-2022 |
| HER | C | RESUME WRITING 101 (RPP 2) | 09-13-2022 | 09-13-2022 |
| HER | C | ACE NUTRITION & MEALS (RPP 1) | 09-01-2022 | 09-01-2022 |
| HER | C | ACE INTRO TO BUDGETING (RPP 3) | 08-01-2022 | 08-01-2022 |
| HER | C | CREDIT EVAL AND REPAIR (RPP 3) | 07-01-2022 | 07-01-2022 |
| HER | C | DIST MATH1 | 07-11-2022 | 07-15-2022 |
| HER | C | DIST THINK | 07-12-2022 | 07-16-2022 |
| HER | C | PARENTING FROM A DISTANCE-RPP6 | 07-01-2022 | 07-01-2022 |
| HER | C | DIST SS2 | 05-09-2022 | 05-13-2022 |
| HER | C | ACE BUSINESS ETIQUETTE | 06-09-2022 | 06-09-2022 |
| HER | C | DIST LA2 | 05-30-2022 | 06-03-2022 |
| HER | C | DIST SCI2 | 05-05-2022 | 05-12-2022 |
| HER | C | ACE TIME MANAGEMENT (RPP 6) | 05-24-2022 | 05-24-2022 |
| HER | C | ACE MANNERS FOR MEN (RPP 6) | 04-11-2022 | 04-11-2022 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-07-2022 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-25-2022 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| YES F/S | CLEARED FOR FOOD SERVICE | 11-08-2022 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT RS | DRUG EDUCATION WAIT-RQ SPANISH | 10-31-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

| FRP Assignment: | REFUSE | FINANC RESP-REFUSES | Start: 02-05-2023 |
|---|---|---|---|

| Inmate Decision: | AGREED | $50.00 | Frequency: QUARTERLY |
|---|---|---|---|
| Payments past 6 months: | $0.00 | Obligation Balance: $100.00 | |

Financial Obligations

3-7



**Individualized Needs Plan - Program Review   (Inmate Copy)**    SEQUENCE: 02266959
Dept. of Justice / Federal Bureau of Prisons      Team Date: 02-05-2023
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO   07628-509

| Most Recent Payment Plan | | | | | |
|---|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $1,412.00        Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC/INELIG | FTC-INELIGIBLE-REVIEWED | 07-15-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-29-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-29-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-29-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 08-24-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-29-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-29-2023 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-29-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-29-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 01-29-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-29-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 01-29-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-29-2023 |
| N-WORK Y | NEED - WORK YES | 01-29-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-29-2023 |

## Progress since last review

Completed partial recommendations. Missed two consecutive FRP payments. Low recidivism score. Completed Brain HEalth as you Age. Completed 3 ACE classes.  Gained employment.

## Next Program Review Goals

Make payments to FRP. Enroll in FSA National Parenting through education department.

## Long Term Goals

ACE classes
FSA Needs
complete by December 2023

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

Treaty Transfer: Eligible and not interested.
Inmate individually assessed for RRC placement using 2nd Chance Act and found not appropriate for placement, due to a detainer. Inmate individually assessed for direct home detention and found not appropriate at this time due to security concerns.

4-7

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

Register Number: 07628-509

Inmate Name
- Last.........: RIVERA-ALMODOVAR
- First........: FRANCISCO
- Middle.......:
- Suffix.......:

Gender.........: MALE

Risk Level Inmate....: R-LW
- General Level......: R-LW (14)
- Violent Level......: R-LW (10)

Security Level Inmate: LOW

Security Level Facl..: MEDIUM

Responsible Facility.: HER

Start Incarceration..: 11/24/2021

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 26 | 28 | 16 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 13 | -12 | -4 |
| Work Programs | 0 | 0 | 0 |
| | Total | 14 | 10 |

6-7

# FSA Time Credit Assessment

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 07628-509 | Responsible Facility: HER |
| Inmate Name | Assessment Date.....: 01-19-2023 |
|   Last.............: RIVERA-ALMODOVAR | Period Start/Stop...: 03-03-2022 to 01-19-2023 |
|   First............: FRANCISCO | Accrued Pgm Days....: 0 |
|   Middle...........: | Disallowed Pgm Days.: 0 |
|   Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender.............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 11-24-2021 | Can Apply FTC.......: No |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-03-2022 | 01-19-2023 | ineligible | 0 |

  **FSA ineligible**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| HER | FSA | FTC INELIG | 07-15-2022 | 1214 | CURRENT |

7-7



**Individualized Needs Plan and Program Review (Inmate Copy)** Filed 04/06/23 Page 33 of 33    SEQUENCE: 02266959
Dept. of Justice / Federal Bureau of Prisons    Team Date: 02-05-2023
Plan is for inmate: RIVERA-ALMODOVAR, FRANCISCO 07628-509

Name: RIVERA-ALMODOVAR,    DNA Status: HER04778 / 03-03-2022

Register No.: **07628-509**

Age: 26

Date of Birth: 12-15-1996

---

Inmate   (RIVERA-ALMODOVAR, FRANCISCO. Register No.: 07628-509)

---

Date

---

Unit Manager / Chairperson          Case Manager

---

Date          Date

$5-7$